UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADRIAN AVILA,
    Plaintiff,

v.

WILL BAPTISTA, et al.,
    Defendants.

Case No. 20-cv-05924-RS (PR)

**ORDER REOPENING ACTION**

    This 42 U.S.C. § 1983 federal civil rights action was dismissed because plaintiff had not complied with the Court's orders to pay the filing fee, or to perfect his application to proceed *in forma pauperis* (IFP). Since dismissal, plaintiff has filed what appear to be the appropriate IFP documents. Accordingly, the action is REOPENED. The Clerk is directed to modify the docket accordingly.

    The judgment and the order of dismissal are VACATED. (Dkt. Nos. 7 and 8.) Plaintiff's complaint and his IFP motion will be reviewed in separate orders.

    **IT IS SO ORDERED.**

**Dated:** October 28, 2020

_____
RICHARD SEEBORG
United States District Judge