UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADRIAN AVILA,
        Plaintiff,

v.

WILL BAPTISTA, et al.,
        Defendants.

Case No. 20-cv-05924-RS (PR)

**ORDER REOPENING ACTION AND DISSOLVING STAY;**

**ORDER OF DISMISSAL**

This action was stayed for purposes of settlement. (Dkt. No. 25.) The matter has settled. (Dkt. Nos. 32 and 33.) The stay is DISSOLVED and the action is REOPENED. The Clerk shall modify the docket to reflect that this action is reopened.

Pursuant to the parties' stipulation to voluntary dismissal with prejudice, this action is DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). (Dkt. No. 33.) The Clerk shall enter judgment accordingly, and close the file.

**IT IS SO ORDERED.**

**Dated:** May  9 , 2023

_____
RICHARD SEEBORG
Chief United States District Judge